UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           Case No. 11-20178

WILLIAM ORVELL CREWS,          Honorable Patrick J. Duggan

      Defendant.
_____/

## ORDER GRANTING MOTION TO EXTEND TIME
## TO FILE NOTICE OF APPEAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 9, 2013.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant's Motion to Extend Time to File Notice of appeal and Motion for Reconsideration of Sentence. In his motion to extend the time for filing his notice of appeal, Defendant requests that the Court extend the time for filing his notice of appeal "by 30 days." This motion is granted.

**SO ORDERED**.

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Ms. Carole M. Stanyar
Mark Chasteen, AUSA